# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE NANCY MORALES,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No. CV 13-8995 MRW<br><br>JUDGMENT |

The decision of the Administrative Law Judge is VACATED, and the matter is REMANDED to the Social Security Administration for further proceedings consistent with the Court's Order.

Date: October 17, 2014

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE