1  Vijay J. Patel
   Attorney at Law: 285585
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Yvonne Nancy Morales

7

8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

| | | |
|---|---|---|
| 11 | YVONNE NANCY MORALES, ) | Case No.: 2:13-cv-08995-MRW |
| 12 | Plaintiff, ) | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT |
| 13 | vs. ) | ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) 0 |
| 14 | CAROLYN W. COLVIN, Acting ) Commissioner of Social Security, ) | |
| 15 | Defendant ) | |
| 16 | ) | |

17

18   Based upon the parties' Stipulation for the Award and Payment of Equal

19   Access to Justice Act Fees, Costs, and Expenses:

20   IT IS ORDERED that fees and expenses in the amount of $3,725.09 as

21   authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

     DATE: 1/13/15
22
                                    _____
23                                  THE HONORABLE MICHAEL R. WILNER
                                    UNITED STATES MAGISTRATE JUDGE
24

25

26

-1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3  　　/s/ *Vijay J. Patel*
   _____
4  Vijay J. Patel
   Attorney for plaintiff Yvonne Nancy Morales

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26